**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sean L. Litteral (State Bar No. 331985)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
  slitteral@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BLASSINGAME, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>B&G FOODS, INC.,<br><br>Defendant. | Case No. 5:22-cv-00640-BLF<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE** |

NOTICE OF DISMISSAL
CASE NO.: 5:22-cv-00640-BLF

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Brian Blassingame hereby dismisses, without prejudice, all claims against Defendant. Each party shall bear its own costs.

Dated: March 22, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**

　　　　　　　　　　　　　　　　　　　　By:　/s/ *L. Timothy Fisher*
　　　　　　　　　　　　　　　　　　　　　　　L. Timothy Fisher

　　　　　　　　　　　　　　　　　　　　L. Timothy Fisher (State Bar No. 191626)
　　　　　　　　　　　　　　　　　　　　Sean L. Litteral (State Bar No. 331985)
　　　　　　　　　　　　　　　　　　　　1990 North California Boulevard, Suite 940
　　　　　　　　　　　　　　　　　　　　Walnut Creek, CA  94596
　　　　　　　　　　　　　　　　　　　　Telephone: (925) 300-4455
　　　　　　　　　　　　　　　　　　　　Facsimile:  (925) 407-2700
　　　　　　　　　　　　　　　　　　　　E-Mail:  ltfisher@bursor.com
　　　　　　　　　　　　　　　　　　　　　　　　　slitteral@bursor.com